Good morning, my name is Bevin Maxey, and I represent Arianna Rosales regarding this matter It's a pleasure to appear before you today As you can see miss Rosales was Indicted on July 18th 2013 along with 40 other defendants were charged in the indictment with Conspiracy and some with an assortment of other substantive counts Miss Rosales was also charged with two personal counts of theft from the casino Counts 30 and 78, I believe And she was ultimately convicted in April 2015 she subsequently moved for a new motion for a new trial or a acquittal Which was denied by the court on May 21st of 2015 and she timely filed this appeal Arguing primarily today that the court erred in not granting the motion for acquittal or the in the basis of this one conspiracy as opposed to multiple conspiracies and a lack of proof in regards to the existence of just one conspiracy and of course the denial of the motion for a new trial as well and Arguing of course that by the introduction of all of this information regarding numerous conspiracies or excuse me Infected her substantial rights as it related to not just the conspiracy charge, but all the charges that were before the court and that this admission of or this the court allowing to go forward on the Theory of one conspiracy exaggerated was exaggerated by the court's admission of the 404 be evidence in the case the Scheme is I'm sure you all picked up was generated by mr. Haggerty who was the marketing manager of the casino He was assisted by other individuals who worked at the casino a long Korea and approximately four others as I read their names who are employees of the casino Took it to complete the scheme They would be as I would describe kind of a hub or the core group of this Conspiracy and then others were used to find and recruit is the word that Continually was being used to bring other people to the casino to be winners The it's not a overly complicated Yeah, I mean basically The other thing that's not at best too much in the brief at least in your brief is this testimony of Humana Prieto Which basically is that Rosales arranges for her to win one of these casino drawings miraculously, she wins Very lucky. She gets some money. She got really lucky, but she doesn't get to keep all her money. Not so lucky So she has to give the money back to mr. Salas because She's been told by mr. Salas that she won because of other people so we kind of Have the whole nine yards there. Why doesn't that? Testimony sustain the notion that we don't have just some single one-off transaction well You know as I was preparing for this and reading through the instructions in regards to conspiracy And those are I think are contained in the number 16 and 17 of the instructions I don't know if they're before you or not the You know, it's it's difficult Even for lawyers to make heads or tails of those conspiracies trying to define what a conspiracy is Let alone, you know lay people on a jury as they try to discern discern through these instructions you know, it takes two or more people to steal these casino funds that be a member of a conspiracy you have to know and intend to accomplish its all of its objectives and Only one person in this conspiracy has to perform an overt act and furtherance of the conspiracy Yet at the same time, it's not enough to act in a way that's similar or associate with people who have knowledge and you know, then we go on to say that you can directly conspire with just one of these conspirators and it can make you a co-conspirator and If your goal ends up being the same goal as others then potentially you can be You know a member of this greater and larger conspiracy, but in reality You know can become much more complicated than that and this is I think borne out by the cases that we cited to the court in Katakis and And I hope I'm pronouncing that correct and Chandler These cases and because they talk about the spokes and the and the wheel and the hub and all this in the court So you can have the same goal to steal like they did in those cases You can steal in the same way, which is what was alleged in those cases And yet not be a member of the same conspiracy. You can be a spoke that is not connected. No Cases as well, but if I understand the Supreme Court case in Katakis or whatever There were it was there were multiple conspiracies in involving different people That in this case as I understand it and I mean But it's a little difficult to understand but in this case was the same people all the time that were involved It was that was just done multiple times well, I would agree that the core group of people were the same in the sense that there was the Originator of the plan and his immediate cohorts that worked at the casino And then they from there had to find people to recruit these other people to be winners And I would suggest that at that point. This is where we start creating the spokes We have you know assortment of I didn't count exactly how many other people but if you have a core group of about six Then we have 42 indicted that would leave some 36 other people I suppose other than maybe a couple of mid-level people to two or three people to recruit You're starting to create these spokes where I would argue these other people Their their acts are not dependent upon one another They have no knowledge of one another. I think she has knowledge This core group. There's Garcia. She recruits someone she herself is part of Being lucky and getting to win So it's not like an independent thing where she goes out and recruits one person and that's the end of it She's also turning over the money. She's dealing with Garcia. She herself gets set up to win money So it's hard to fit it into this The rimless, you know hubbins folks, which I think we all agree. We've heard a lot about over the years and the case law We never quite fit one within it, yeah, I'm not quite sure Where she escapes that given the other facts? I Guess that and again, all I can say is that we have this Garcia and then we have Miss Prieto going this way, but there are a number of other spokes It seems going all in different directions and that's why we have so many defendants and I think So what ultimately then happens is if It spills over in regards to the defendant and whether or not she was part of just one conspiracy You know, they did it all these other individuals. So you must have done it. They knew so you must have known It seems like there's just so many people with so many different transactions and so many different relationships. It ultimately flows over in this particular case, and I think that If I may then since I'm running short here on my time, which is did you want to reserve your remaining time? I would just say this. No, I'm okay I'm gonna move on to the 404 B and I'll just cover it quickly that this complication in this Difficulty that we have talking about Conspiracies and all of this and the jury and their perception of it Is only exaggerated by then the use of introducing basically another conspiracy of a uncharged crime in a separate occasion That again, I would argue is clearly admitted for conformity evidence propensity to commit the crime I don't believe that there was evidence presented that miss Rosales You know that it was presented that she previously won Certainly, that's true. And it was probably presented that it was rigged by other people but I don't know in regards to this first incident with the hot seat that there was any substantive evidence presented that she Was a knowing member of a conspiracy at that time and so ultimately we end with you know, she won once before so she must have been guilty of that and We're here on these charges. So she must be guilty of this And that the cumulative effect of all of this I argued this morning is that it left her in a situation where she did not Receive a fair trial and I thank you very much for your attention this morning. Thank you You Good morning again, and may it please the court again. My name is Allison Greg wire and I represent the United States in this matter defendant asserts Aaron that the District Court judge by denied his motions pursuant to federal rules of criminal procedure 33 a and 29 C And thus defendant is ultimately asserting legal sufficiency of the evidence Because the standards that would apply in those cases would require this court to look at the evidence in the light most favorable that to the government and Asked whether any rational trier effect could have found the essential elements beyond a reasonable doubt and in this case The government indicted on a single conspiracy and that single conspiracy was not grand that single conspiracy was to steal more than a thousand dollars from Legends Casino and Ariana Rosales the defendant in this case before Talking about other people that she drew into the conspiracy before talking about people that she was certainly privy to she herself stole more than a thousand dollars from Legends Casino And the reason why the government submits that matters is because in order to even In order to even cause a multiple and spirit conspiracies instruction to be given in order to generate the the need for the instruction defendant has to point to some evidence of separate agreements and purposes and the government and I would cite to Tarim Palma for that premise and the The government notes that in this case the district court in an abundance of caution gave the instruction on multiple conspiracies Though even in her briefing to this court defendant never identifies who was a part of her separate Conspiracy or what its separate purpose was that was different than the conspiracy to steal a thousand dollars from Legends Casino In fact some of the case law from this circuit to include United States versus Minkoff Talks about multiple conspiracies having another conspiracy that has a purpose that is unrelated What did the multiple conspiracy? Instructions say in this case your honor the multiple conspiracy instruction is contained at supplemental excerpt of record 117 and I believe that it is the The sort of standard or bench book instruction for multiple conspiracies and I And I apologize if I'm incorrect about this, but I believe actually in the model instructions It notes that if that instruction is given no additional Instruction need be given as to multiple conspiracies, and I apologize if I'm wrong about that. I'm pretty confident. That's that's accurate And and that instruction was given and and again that's a that is a major distinction from most of the cases that defendant cites to because most of those cases To include it. I also don't know how to pronounce it, but Katika's That those cases deal with situations wherein multiples in conspiracies instruction was not given and The parties are arguing whether or not there was prejudice in this case the multiple instructions Instruct excuse me multiple conspiracies instruction was given and the reason why that matters so much is because For your instruction 18, I had your honor. He didn't write down the name of the number of the juror 117 Ser 117. Yes. Yes, sir. Thank you Because multiple conspiracies is not a question of law. It is a question of fact and The this question of fact went to the fact finder in this case and there is no allegation of instructional error before the court The fact finders were instructed as to multiple conspiracies They rejected that theory and they found the conspiracy charged in the indictment What so they were instructed that they found multiple conspiracies. They should not convict of the Conspiracy charge yes Your honor back I Apologize something I didn't carry everything with me But yes, that is a that is precisely accurate. They were instructed that even if they found that the Defendants were a part of a different uncharged Conspiracy it says if you find that the conspiracy charge did not exist Then you must return a not guilty verdict, even though you may find that some other conspiracy existed Similarly, if you find that any defendant was not a member of the charge conspiracy Then you must that define that defendant not guilty Even if the defendant may have been a member of another conspiracy Here is that that was the only Charge that was proved so therefore we're entitled to a directed verdict. I Apologize your honor. You misunderstood Defendants position is that the multiple conspiracy was the only thing that was proved and therefore as in the the charge as the conspiracy as charged Was not proved and therefore he was in she was entitled to a directed. That's correct your honor. That's exactly accurate Yes, the defendant Prejudice claim and this and other instruction that said they could use the hot seat. Yeah information and as the instruction says It's bearing if any on the question of intent and knowledge Yes, your honor with regard to the hot seats the government proposed. This is 404 B evidence a year prior to trial the defendants were given a Very ample notice of the hot seats your honor. I would also note For the court that the government proposed this not only as 404 B evidence, but also as inextricably intertwined The the evidence in the case, I believe certainly qualifies as 404 B for the following reasons it pertains to elements of consequence In that the government was required to show the intent to steal and the government was required to show an agreement to steal or knowledge of the conspiracy The government cited to Smith and Jackson to show that 404 B has been utilized in similar situations To show knowledge of a conspiracy and how a conspiracy works and additionally it has been used to show intent in cases and we cited to Basinger and Bibbo Rodriguez where defendant might argue that they were an unknowing Mope or stooge in these situations might may not have known what even though there may have been a conspiracy They may not have known their role in it But if it had happened more than once Then those things would certainly be less likely So the government argued 404 B that it was an element of consequence these these earlier drawings were rigged in the same manner by the same people at the same location and the Hot seat drawings ended one month prior to the anniversary drawings beginning So they were very very close in time indeed of the four defendants that proceeded to trial three of them Had one hot seat promotions and multiple people testified at trial about the hot seat promotions being rigged by the same people in the same manner and Utilizing and this is important utilizing the same winners and in fact one person and this is where it does start to look also like inextricably intertwined because the government did call two people For whom without this evidence their testimony may not have made sense The government called Curtis Crowder it was a cooperator who explained that when he came back to win an anniversary drawing He already knew what to do because he had won a hot seat and he explained that when he was in the hot seat promotion Ricardo Garcia had approached him and had told him you need to get a players card Which is a prerequisite to getting into any of these drawings you need to get a players club card You'll sit here when your name is called you'll collect the money. I'll meet you in the parking lot You'll give me part of the money back I'll kick part of it back to the people inside the casino and he explained then when the anniversary drawing happened It was the exact same thing Additionally Jimena Prieto Whose testimony was very important to the government explained that when she went back out to meet Miss Rosales in the car After in Miss Rosales was explaining that she needed to give the money back The majority of it because Miss because as Miss Rosales said other people helped you to win and they needed the money But you get four four hundred dollars for your cut and Miss Prieto explained at trial that she was very nervous about this Worried that she could get in trouble and another co-defendant Exmeralda Garcia was present in the car and she explained that Miss Prieto shouldn't worry because she had won before and nothing had happened And that was a hot seat that she had won So again, that would not have made sense without this evidence. The government does believe that it was inextricably intertwined But the government also does believe that it qualifies as 404 B under any standard set forth by any of this this court's case I'm looking at instruction 18, which is the instruction that you say deals with multiple conspiracies I'm not sure. I understand that the instruction does that but was there did the defendant argue that The conspiracy charge was not proved. Yes So this permitted the multiple conspiracy argument to be made. Yes. Yes And your honor there was one defendant who argued that I believe Exmeralda Garcia argued that nearly exclusively That was that was her entire argument and how many defendants were tried with this defendant There were three others in addition to Miss Rosales. I See my time is elapsed. Thank you. Thank you very much Short amount of time left for rebuttal if you'd like Thank you. Thank you. Thank both of you for coming today the United case of United States versus Rosales is submitted
judges: Goodwin, Schroeder, McKeown